UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS and LORELAI SALAS, in her official capacity as Commissioner of the NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS, <br><br> Defendants. | No. 1:19-cv-04424-NGG-jrc <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff, American Airlines, Inc. ("Plaintiff"), and Defendants, The New York City Department of Consumer Affairs and Lorelei Salas ("Defendants"), stipulate that all claims asserted by Plaintiff against Defendants are dismissed with prejudice. The parties will bear their own costs and attorneys' fees.

DATED: __10/29/2021__

RESPECTFULLY SUBMITTED:    */s/ Chris A. Hollinger*
                                                      CHRIS A. HOLLINGER

**O'MELVENY & MYERS LLP**
Chris A. Hollinger (*admitted pro hac vice*)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: chollinger@omm.com

        Mark W. Robertson (S.B. #4508248)
        Karen Gillen (S.B. #2963338)
        7 Times Square
        New York, NY 10036
        Telephone: (212) 326-2000
        Facsimile: (212) 326-2061
        Email: mrobertson@omm.com
                kgillen@omm.com

*Attorneys for Plaintiff*

*/s/ Annette M. Lalic*
JAMES E. JOHNSON
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
Telephone: (212) 356-2215
Facsimile: (212) 356-2019
Email: alalic@law.nyc.gov

*Attorneys for Defendants*

**So Ordered.**

  s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 10/29/21